FILED & JUDGMENT ENTERED
Steven T. Salata

June 13 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| RODNEY ALLEN PINCKNEY, ) | Chapter 13 |
| ) | |
| Debtor. ) | Case No. 19-30430 |
| ) | |

## ORDER SUSTAINING THE OBJECTION OF MARLENE JONES TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

**THIS MATTER** came on for hearing before the undersigned Untied States Bankruptcy Judge for the Western District of North Carolina on June 11, 2019, upon The Objection of Marlene Jones to Confirmation of Debtor's Chapter 13 Plan (the "Objection") [Doc. No. 13] and the Response filed by the Debtor [Doc. No. 22].

**THE COURT**, upon consideration of the evidence and pleadings before it, finds and concludes that the Objection should be sustained.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Objection is sustained.

This Order has been signed electronically.
The Judge's signature and Court's seal
appear at the top of this Order.

United States Bankruptcy Court
Western District of North Carolina

117757018_1