# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| RODNEY ALLEN PINCKNEY, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Case No. 19-30430 |
| | ) | |

## MOTION OF MARLENE JONES TO CONVERT THIS CHAPTER 13 CASE TO A CHAPTER 7 CASE OR IN THE ALTERNATIVE TO DISMISS AND FOR OTHER APPROPRIATE RELIEF

Marlene Jones ("Jones") moves the Court for an Order converting this case to a case under Chapter 7, or in the alternative to dismiss this case, pursuant to 11 U.S.C. §1307 and for other appropriate relief and respectfully shows the Court the following in support thereof:

1. On April 1, 2019 (the "Petition Date"), Rodney Allen Pinckney (the "Debtor") filed a petition under Chapter 13 of the United States Bankruptcy Code.

2. As of the Petition Date, Jones held a judgment lien in the amount of $51,120.76 on all real property owned by the Debtor and is a party in interest to this bankruptcy proceeding.

3. This Court has jurisdiction over these matters pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157(b)(2).

4. On May 8, 2019, Jones filed the Objection of Marlene Jones to Confirmation of Debtor's Chapter 13 Plan on May 1, 2019 (the "Objection"). The allegations of the Objection and the documents attached thereto are incorporated herein by reference.

5. On June 13, 2019, this Court entered an Order sustaining the Objection.

6. On June 19, 2019 the Debtor filed an Amendment to Chapter 13 Plan.

7. Contemporaneously with the filing of this Motion, Jones has filed an Objection of Marlene Jones to Confirmation of Debtor's Chapter 13 Plan as amended by the Amendment to

117840133_3

Chapter 13 Plan and Request for Hearing (the "Objection No. 2"). The allegations of Objection No. 2 and the documents attached thereto are incorporated herein by reference.

8. Based upon the proof of claims filed in this case, the Debtor has failed to pay the real property taxes owed on the real property owned by the Debtor.

9. 11 U.S.C. § 1307 provides, in pertinent parts, as follows:

> (c) Except as provided in subsection (f) of this section, on request of a party in interest or the United States trustee and after notice and a hearing, the court may convert a case under this chapter to a case under chapter 7 of this title, or may dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause, including —
>
> (1) unreasonable delay by the debtor that is prejudicial to creditors;
> …
> (3) failure to file a plan timely under section 1321 of this title;
> (4) failure to commence making timely payments under section 1326 of this title;
> (5) denial of confirmation of a plan under section 1325 of this title and denial of a request made for additional time for filing another plan or a modification of a plan;

10. This case should be converted or dismissed for the following reasons:

(a) Confirmation of the original plan was denied;

(b) The Plan as modified is not confirmable;

(c) The Debtor has failed to make the required Plan payments to the Trustee;

(d) The Debtor has failed to pay real property taxes on the real property owned by the Debtor;

(e) For the reasons stated in the Objection and in Objection No. 2, the Plan proposed by the Debtor was not proposed in good faith as required under 11 U.S.C. § 1325(a)(3);

    (f)    The Debtor will be unable to make the payments required under the plan filed by the Debtor;

    (g)    The petition was not filed in good faith;

    (h)    The Debtor has failed to comply with the provisions of Chapter 13 and the applicable provisions of Title 11; and

    (i)    Such other reasons as may appear at the hearing.

**WHEREFORE**, Jones respectfully requests that the Court:

1. Convert this case to a case under Chapter 7 pursuant to the provisions of 11 U.S.C. § 1307;

2. In the alternative, that the Court dismiss this case; and

3. That the Court grant Jones such additional relief as she may be entitled to under the facts and the applicable law.

This 20th day of June, 2019.

                                          */s/Robert H. Pryor*
                                          Robert H. Pryor, N.C. State Bar No. 10483
                                          McGuireWoods LLP
                                          201 North Tryon Street  (28202)
                                          PO Box 31247
                                          Charlotte, NC 28231
                                          Telephone: 704.343.2071
                                          Facsimile: 704.444.8766
                                          E-mail: bpryor@mcguirewoods.com
                                          *Attorneys for Marlene Jones*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **MOTION OF MARLENE JONES TO CONVERT THIS CHAPTER 13 CASE TO CHAPTER 7 CASE OR IN THE ALTERNATIVE TO DISMISS AND FOR OTHER APPROPRIATE RELIEF** has been served electronically or by mailing a copy thereof, first class U.S. mail, postage prepaid to the following:

Ford Motor Credit
PO Box 542000
Omaha, NE 68154-8000

Ford Motor Credit Company
PO Box 62180
Colorado Springs CO 80962-2180

Charlotte Division
401 West Trade Street
Charlotte, NC 28202-1633

Marlene Jones
8418 Galena View Drive
Charlotte, NC 28269-7178

First Citizens Bank
1024 Alleghany St
Charlotte, NC 28208-3890

First Citizens Bank Trust Company
P O Box 25187
Raleigh NC 27611-5187

North Carolina Department of Revenue
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

Office of the Tax Collector
Mecklenburg County Tax Collector
P.O. Box 31637
Charlotte, NC 28231-1637

Mecklenburg County Tax Collector
PO Box 71063
Charlotte, NC 28272-1063

Rodney Allen Pinckney
8525 Hammonds Street
Charlotte, NC 28214-1436

Gaston Radiology
PO Box 603498
Charlotte, NC 28260-3498

Presbyterian Pathology Group
PO Box 4370
Florence, SC 29502-4370

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk VA 23541-1067

Warren L. Tadlock
5970 Fairview Road
Suite 650
Charlotte, NC 28210-2100

Novant Health
PO Box 1123
Minneapolis, MN 55440-1123

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Jeanne Ann Pennebaker
Bochicchio & Pennebaker, PLLC
10130 Perimeter Parkway
Suite 200
Charlotte, NC 28216-0197

Mecklenburg Radiology Associates
PO Box 221249
Charlotte, NC 28222-1249

Internal Revenue Service
P.O. Box 7317
Philadelphia, PA 19101-7317

This 20th day of June, 2019.

                                                          */s/Robert H. Pryor*
                                                          Robert H. Pryor

117840133_3