

FILED & JUDGMENT ENTERED
Steven T. Salata

July 18 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

In re:                              )
                                    )
RODNEY ALLEN PINCKNEY,              )     Chapter 13
                                    )
    Debtor.                         )     Case No. 19-30430
                                    )

## ORDER GRANTING THE MOTION OF MARLENE JONES TO CONVERT THIS CHAPTER 13 CASE TO A CHAPTER 7 CASE

**THIS MATTER** came on for hearing before the undersigned United States Bankruptcy Judge for the Western District of North Carolina on July 16, 2019, upon the Motion of Marlene Jones to Convert this Chapter 13 Case to a Chapter 7 Case or in the Alternative to Dismiss and for Other Appropriate Relief (the "Motion") [Doc. No. 33].

**THE COURT**, upon consideration of the evidence and the pleadings before it, finds and concludes as follows:

1. This Court has denied confirmation of the Debtor's Chapter 13 Plan as originally proposed and has denied confirmation of the Debtor's Chapter 13 Plan, as amended.

2. The Debtor has failed to make any Chapter 13 Plan payments to the Trustee.

3. Cause exists for conversion or dismissal of this case pursuant to the provisions of 11 U.S.C. §1307.

4. It is in the best interest of creditors and the estate to convert this Chapter 13 case to a case under Chapter 7.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that, pursuant to 11 U.S.C. §1307 (c), this Chapter 13 case is hereby converted to a case under Chapter 7 of the Bankruptcy Code.

| | |
|---|---|
| This Order has been signed electronically.<br>The Judge's signature and Court's seal appear<br>at the top of this Order. | United States Bankruptcy Court<br>Western District of North Carolina |

119079324_1