UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
)
Rodney Allen Pinckney ) CHAPTER 7
)
) CASE NO. 19-30430
Debtor(s) )

**NOTICE OF HEARING ON MOTION FOR RECONSIDERATION OF ORDER GRANTING THE MOTION OF MARLENE JONES TO CONVERT THIS CHAPTER 13 CASE TO A CHAPTER 7 CASE**

To all interested parties:

TAKE NOTICE that a Hearing on the MOTION FOR RECONSIDERATION OF ORDER GRANTING THE MOTION OF MARLENE JONES TO CONVERT THIS CHAPTER 13 CASE TO A CHAPTER 7 CASE in the above matter will be held on September 9, 2019 at 9:30 AM, at the United States Bankruptcy Court, Charles Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, or as soon thereafter as it can be heard by the Court.

Today is August 16, 2019.

By: /s/Jeanne Ann Pennebaker
Bochicchio & Pennebaker, PLLC
N.C. State Bar No. 39174
10130 Perimeter Parkway, Suite 200
Charlotte, NC  28216
Telephone: (704)602-5233
Fax: (704)659-4032

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

IN RE: )
)
Rodney Allen Pinckney )　　　CHAPTER 7
)
)　　　CASE NO. 19-30430
Debtor(s) )

### MOTION FOR RECONSIDERATION OF ORDER GRANTING THE MOTION OF MARLENE JONES TO CONVERT THIS CHAPTER 13 CASE TO A CHAPTER 7 CASE

NOW COMES the Debtors herein, by and through counsel, and respectfully show the court the following:

1. Debtors filed a Chapter 13 case on April 1, 2019. An order converting this case to a Chapter 7 was granted on July 18, 2019.

2. The basis for the granting of the motion was that Debtor had not been making plan payments to the trustee, and that although Debtor owns several properties free of mortgage liens there was no timeline as to when any of his properties would be sold. Therefore, the plan as proposed was not feasible.

3. Debtor has since made a payment to the trustee of $1200 which was returned to Debtor's attorney and Debtor's attorney is holding pending resolution of this motion. Debtor's payments are proposed at $1000 per month. Debtor is getting another payment to Debtor's attorney of $1800. This would represent 3 plan payments under the terms of the plan which Debtor's attorney could tender to the Chapter 13 trustee.

4. In addition, Debtor has gotten an offer to purchase his property on 227 Harrison St., Charlotte, NC 28208 in which he owns a ½ interest with James Smith. A motion to sell free and clear is being brought regarding that property.

5. Further, Debtor had difficulty when his Ch. 13 was first filed having to evict three of his tenants for non-payment of rent which caused his temporary inability to make plan payments. He has since obtained new tenants and should have more stable ability to make payments going forward.

WHEREFORE, the Debtors request that the Court enter an Order:

1. Vacating the order dated July 18, 2019 converting this case to a chapter 7.
2. For such further relief as the Court deems just and proper.

Today is August 16, 2019.

By: /s/Jeanne Ann Pennebaker
Bochicchio & Pennebaker, PLLC
N.C. State Bar No. 39174
10130 Perimeter Parkway, Suite 200
Charlotte, NC 28216
Telephone: (704)602-5233
Fax: (704)659-4032
Email: jp@debtlawhelp.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Rodney Allen Pinckney | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 19-30430 |
| Debtor(s) | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the **MOTION FOR RECONSIDERATION OF ORDER GRANTING THE MOTION OF MARLENE JONES TO CONVERT THIS CHAPTER 13 CASE TO A CHAPTER 7 CASE** by either Electronic Case Filing or by depositing copies of same in the exclusive care and custody of the United States Postal Service, with proper postage thereto affixed, addressed to the parties listed below:

Warren L. Tadlock, Chapter 13 Trustee          via Electronic Case Noticing
5970 Fairview Road, Suite 650
Charlotte, NC 28210-2100

Attached ECF creditor list

This the 16th day of August, 2019.

By: /s/Jeanne Ann Pennebaker
Bochicchio & Pennebaker, PLLC
N.C. State Bar No. 39174
10130 Perimeter Parkway, Suite 200
Charlotte, NC  28216
Telephone: (704)602-5233
Fax: (704)659-4032
Email: jp@debtlawhelp.com

```
Label Matrix for local noticing          Charlotte Division                    First Citizens Bank
0419-3                                   401 West Trade Street                 1024 Alleghany St
Case 19-30430                            Charlotte, NC 28202-1633              Charlotte, NC 28208-3890
Western District of North Carolina
Charlotte
Fri Aug 16 21:55:11 EDT 2019

(p)FIRST CITIZENS BANK TRUST COMPANY     Ford Motor Credit                     (p)FORD MOTOR CREDIT COMPANY
P O BOX 25187                            PO Box 542000                         P O BOX 62180
RALEIGH NC 27611-5187                    Omaha, NE  68154-8000                 COLORADO SPRINGS CO 80962-2180


Ford Motor Credit Company LLC            Gaston Radiology                      Internal Revenue Service
c/o Pamela P. Keenan                     PO Box 603498                         P.O. Box 7317
2418 Blue Ridge Road, Suite 200          Charlotte, NC  28260-3498             Philadelphia, PA 19101-7317
Post Office Box 19766
Raleigh, NC 27619-9766


Marlene Jones                            Marlene Jones                         Mecklenburg County Tax Collector
8418 Galena View Drive                   c/o Luke P Sbarra                     PO Box 71063
Charlotte, NC 28269-7178                 6000 Fairview Rd Ste 1000             Charlotte, NC  28272-1063
                                         Charlotte, NC  28210-3353


Mecklenburg Radiology Associates         North Carolina Department of Revenue  Novant Health
PO Box 221249                            Bankruptcy Unit                       PO Box 1123
Charlotte, NC  28222-1249                P.O. Box 1168                         Minneapolis, MN 55440-1123
                                         Raleigh, NC 27602-1168


Office of the Tax Collector              (p)PORTFOLIO RECOVERY ASSOCIATES LLC  Presbyterian Pathology group
Mecklenburg County Tax Collector         PO BOX 41067                          PO Box 4370
P.O. Box 31637                           NORFOLK VA 23541-1067                 Florence, SC  29502-4370
Charlotte, NC 28231
Charlotte, NC 28231-1637


Robert H. Pryor                          Synchrony Bank                        Heather Culp
Marlene Jones                            c/o PRA Receivables Management, LLC   1701 South Blvd
8418 Galena View Drive                   PO Box 41021                          Charlotte, NC 28203-4727
Charlotte, NC 28269-7178                 Norfolk, VA 23541-1021


Jeanne Ann Pennebaker                    Marlene Jones                         Rodney Allen Pinckney
Bochicchio & Pennebaker, PLLC            c/o Robert H. Pryor                   8525 Hammonds St.
10130 Perimeter Parkway                  McGuireWoods LLP                      Charlotte, NC 28214-1436
Suite 200                                PO Box 31247
Charlotte, NC 28216-0197                 Charlotte, NC 28231-1247
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
First-Citizens Bank & Trust Company      Ford Motor Credit Company             Portfolio Recovery Associates, LLC
Attn: Bankruptcy Department              P.O. Box 62180                        POB 41067
PO Box 25187                             Colorado Springs, CO 80962            Norfolk VA 23541
Raleigh, NC 27611-5187
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ford Motor Credit Company LLC

End of Label Matrix
Mailable recipients   23
Bypassed recipients    1
Total                 24