**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
__CHARLOTTE__ **Division**

In Re: **RODNEY ALLEN PINCKNEY**

Case No.: 19-30430

Chapter: 7

SSN/Tax ID #: XXX-XX-1026

## FINAL REPORT AND SCHEDULE OF POST-PETITION DEBTS PURSUANT TO RULE 1019

The current address of the debtor(s) is/are:

Male: 2101 A AVE
CHARLOTTE, NC 28216

Female:

The debtor(s) hereby represent to the Court that the following are all of the unpaid debts incurred after commencement of the Chapter 13 proceeding on 4/1/2019 through and until this case was converted to a chapter 7 case on 7/18/19, except for Court-ordered debts, utility, rent and tax accruals:

**CREDITOR/ADDRESS**        **DATE INCURRED**        **APPROXIMATE AMOUNT**

The Debtor(s) hereby further represent to the court that they have acquired virtually no property since the filing of the original chapter 13 petition on 4/1/19 and further, that there are no outstanding executory contracts which were assumed or entered into after said date. Any property so acquired and/or executory contracts so assumed or entered into are listed on an attached Exhibit "A" and hereby incorporated by reference into this report.

The Debtor(s) has/have turned over to the Trustee in Bankruptcy the records and property of the Debtor's estate in their possession or subject to their control.

Dated: 8/22/19

_____/s/ Rodney A. Pinckney_____
Debtor

_____
Joint Debtor

STATE OF NORTH CAROLINA
COUNTY OF MECKLENBURG

We, **RODNEY ALLEN PINCKNEY**, individually and _____, the Debtor(s), do hereby swear that we have examined the foregoing Final Report pursuant to Rule 1019 and certify that the foregoing is true and correct to the best of our knowledge, information and belief.

_/s/ Rodney A. Pinckney_    8/22/19
Signature                    Date

_____        _____
Signature                    Date