

FILED & JUDGMENT ENTERED
Steven T. Salata

September 11 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| Rodney Allen Pinckney | ) | CHAPTER 7 |
| | ) | |
| | ) | CASE NO. 19-30430 |
| Debtor | ) | |

### ORDER ON MOTION FOR RECONSIDERATION OF ORDER GRANTING THE MOTION OF MARLENE JONES TO CONVERT THIS CHAPTER 13 CASE TO A CHAPTER 7 CASE

**THIS CAUSE** coming to be heard before the United States Bankruptcy Judge Whitley in the Chapter 7 case, and a response having been filed by creditor, Marlene Jones, upon the Motion for Order, and it appearing that this matter would more properly be before Judge Beyer for reconsideration of her order converting the case,

**IT IS THEREFORE ORDERED**:

1. This matter is continued to September 24, 2019 before Judge Beyer on the Chapter 13 calendar at 10:00 am, at the United States Bankruptcy Court, 401 W. Trade St., Charlotte, NC 28202.
2. That a new notice of hearing shall be mailed out for the continued date.

This order has been signed electronically.
The judge's signature appears at the
top of the order.

United States Bankruptcy Court