FILED & JUDGMENT ENTERED
Steven T. Salata

September 26 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
Laura T. Beyer
United States Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| RODNEY ALLEN PINCKNEY, ) | Chapter 7 |
| ) | |
| Debtor. ) | Case No. 19-30430 |
| ) | |

**ORDER DENYING DEBTOR'S MOTION FOR RECONSIDERATION OF ORDER GRANTING THE MOTION OF MARLENE JONES TO CONVERT THIS CHAPTER 13 CASE TO A CHAPTER 7 CASE**

**THIS MATTER** came on for hearing before the undersigned United States Bankruptcy Judge for the Western District of North Carolina on September 24, 2019, upon the Motion of the Debtor for Reconsideration of the Order Granting the Motion of Marlene Jones to Convert this Chapter 13 Case to a Chapter 7 Case (the "Motion") [Doc. No. 58] and the Response of Marlene Jones [Doc. No. 63].

**THE COURT**, upon consideration of the evidence, the pleadings and the arguments of counsel, finds and concludes as follows:

1. The Motion cites no basis under the United States Bankruptcy Code or the Bankruptcy Rules for the relief requested. The Court will treat the Motion as a request for relief under Bankruptcy Rule 9024 and finds the Motion was made within a reasonable time.

121698423_1

2. There is no evidence the Debtor can propose a Chapter 13 Plan that meets the standards for confirmation.

3. There is no reason that would justify relief under Bankruptcy Rule 9024 from this Court's Order converting this case to a Chapter 7 case.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion is denied.

This Order has been signed electronically.　　　　　　　　　　　　　United States Bankruptcy Court
The Judge's signature and Court's seal appear　　　　　　　　　　　Western District of North Carolina
at the top of this Order.