FILED & JUDGMENT ENTERED
Steven T. Salata

November 22 2019

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| RODNEY ALLEN PINCKNEY, | ) | CASE NO. 19-30430 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

## ORDER GRANTING MOTION FOR
## RELIEF FROM THE AUTOMATIC STAY

    THIS CAUSE came on before the Court on November 13, 2019, upon the Motion For Relief From The Automatic Stay (herein the "Motion") filed on behalf of Ford Motor Credit Company LLC (herein "Ford Credit") as to the Debtor's 2017 Ford F-250 truck, VIN #1FT7W2B63HEB36860 (herein the "Vehicle"). Pamela P. Keenan appeared on behalf of Ford Credit, Jeanne Ann Pennebaker appeared with the Debtor and Heather Culp appeared on behalf of the Trustee. Having reviewed the Motion and the record in this case, and considered the statements of the Debtor and all counsel, the Court finds that there is good cause for the Motion to be GRANTED.

    ACCORDINGLY, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

    1.    That 14 days after entry of this Order the automatic stay of 11 U.S.C. §362 is lifted and modified to permit Ford Credit to foreclose on its security interest in the Vehicle pursuant to applicable law; and

    2.    That Ford Credit is allowed 120 days from entry of this Order to file a general unsecured claim in this case for any outstanding deficiency balance remaining after sale or subsequent disposition of the Vehicle.

      3.      That time is of the essence as to each and all of the provisions of this Order; and

      4.      That this Court shall, and hereby does, retain jurisdiction over this matter, the parties hereto, and the subject matter hereof, to the extent permitted under applicable law, for the entry of such other and further orders as are either necessary or appropriate to accomplish the foregoing.

| | |
|---|---|
| This Order has been signed electronically.  The Judge's signature and Court's seal appear at the top of the Order. | United States Bankruptcy Court |