FILED & JUDGMENT ENTERED
Steven T. Salata

August 17 2020

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

J. Craig Whitley
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 19-30430 |
| | ) | |
| RODNEY ALLEN PINCKNEY, | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | |

### *EX PARTE* ORDER AUTHORIZING SECOND AMENDMENT OF DATES OF AUCTION OF CERTAIN PERSONAL PROPERTY

This case came before Court upon the Trustee's *Ex Parte* Motion for Second Amendment of Dates of Auction of Certain Real Property ("the Motion"). After review of the Motion and the record, the Court finds and concludes as follows:

1. The Debtor filed a petition for relief under Chapter 13 of the United States Bankruptcy Code on April 1, 2019. This case was converted to Chapter 7 of the Bankruptcy Code by Order entered on July 18, 2019 [Doc. 47]. Movant was appointed Chapter 7 Trustee.

2. On July 17, 2020, this Court entered an Order Approving (I) Employment of Iron Horse Auction Co., Inc., (II) Auction Marketing Agreement, and (III) Sale of Assets Free and Clear of Any Interests in Property [Doc. 201]. The Auction Marketing Agreement was attached to the underlying motion [Doc. 171] as Exhibit A and calls for the auction of the Debtor's Ford 555 Backhoe and 2017 Dump Trailer:  VIN -6416 to be held online beginning on July 21, 2020 at 8:00 AM and ending on July 28, 2020 at 10:00 AM, with extended bidding and staggered ending.

3. On July 21, 2020, this Court entered an *Ex Parte* Order Granting Motion to Amend Dates of Auction of Certain Personal Property [Doc. 204], changing the dates of the auction so that it begins on August 10, 2020 and ends on August 18, 2020, with extended bidding and staggered ending. All other provisions of the previously approved Auction Marketing Agreement remain the same.

4. Auctioneer Iron Horse Auction Co., Inc. notified Movant that it needs to change the dates of the auction so that it begins on September 9, 2020 at 8:00 AM and ends on September 16,

2020 at 4 PM, with extended bidding and staggered ending.

     5.    All other provisions of the previously approved Auction Marketing Agreement remain the same.

     6.    The proposed change should not affect the approved net benefit of the auction to theestate and its creditors.

Therefore, for good cause shown, the Motion is GRANTED; the change in the auction dates so that it begins on September 9, 2020 at 8:00 AM and ends on September 16, 2020 at 4 PM, with extended bidding and staggered ending is APPROVED; and the Trustee is ORDERED to promptly serve this Order case-wide.

| | |
|---|---|
| This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order. | United States Bankruptcy Court |